UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

vs.                                No.  14-3069, 14-3070

WILLIAM LEONARD PICKARD
and
CLYDE APPERSON,
    Defendants-Appellants.

## MOTION TO SUPPLEMENT RECORD
## PURSUANT TO 10TH CIR. R. 10.3(D)

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and James A. Brown, Assistant United States Attorney for said District, respectfully moves, pursuant to 10th Cir. R. 10.3(D), that the record on appeal herein be supplemented to include the confidential informant file. In support of this motion, the government states as follows:

      1.    On February 12, 2015, the parties argued this case to the panel in Norman, Oklahoma. At that oral argument, counsel was advised that the confidential informant file, whose contents are the subject of the instant appeal, is not part of the record on appeal.

1

2. The confidential informant file is relevant to the issues presented by the Defendants-Appellants, and the record on appeal should be supplemented to include it.

3. The confidential informant file is in the possession of the Chambers of the Honorable J. Thomas Marten, U.S. District Judge, in the Kansas City, Kansas federal courthouse.

4. The file is currently SEALED.

5. Defendants-Appellants are currently in the custody of the Bureau of Prisons.

6. William K. Rork, Counsel for Defendants-Appellants, states his position on this motion as follows: "No objection if court sends me a copy remaining under seal [and] not disseminated without prior court request [and] authority to proceed otherwise." The government opposes sending a copy to Mr. Rork as a condition of supplementing the instant record.

WHEREFORE, the undersigned respectfully moves that record be supplemented to include confidential informant file, and that the Chambers of the Honorable J. Thomas Marten be requested to send the original file to this Court forthwith, so that it may be made part of the instant record on appeal.

        Respectfully submitted,

        BARRY R. GRISSOM
        United States Attorney

        /s/ James A. Brown
        JAMES A. BROWN, KS. S.Ct. # 14254
        Assistant United States Attorney
        444 SE Quincy, Room 290
        Topeka, KS 66683
        (785) 295-2850
        (785) 295-2853 [FAX]
        James.Brown2@usdoj.gov

## CERTIFICATIONS

**Service.** I certify that this document was electronically filed on February 13, 2015, with the Clerk of the Court by using the ECF system, which will send a copy of the Notice of Docket Activity to all ECF system participants as of the time of the filing, including the defendant's counsel, Mr. William K. Rork.

**Privacy Redactions.** I further certify that all required privacy redactions, if any, have been made.

**Paper Copies.** I further certify that any paper copies required to be submitted to the Court are exact copies of the version submitted electronically.

**Virus Scan.** I further certify that the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program, Trend Micro OfficeScan 10.6, which is updated continuously, and, according to the program, is free of viruses.

s/ James A. Brown
Assistant United States Attorney