UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,
   Plaintiff-Appellee,

vs.           No. 14-3069, 14-3070

WILLIAM LEONARD PICKARD
and
CLYDE APPERSON,
   Defendants-Appellants.

## MOTION TO RELEASE AUDIO RECORDING
## OF ORAL ARGUMENT

  The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and James A. Brown, Assistant United States Attorney for said District, respectfully moves, pursuant to 10th Cir. R. 34.1(E)(1), that this Court release a copy of the audio recording of the oral argument conducted by a panel of this Court in the instant case to the government. In support of this motion, the government states as follows:

  1. On February 12, 2015, the parties argued this case to the panel in Norman, Oklahoma. At that oral argument, defense counsel made specific allegations regarding alleged instances of "fraud and misconduct" perpetrated by the government during the defendants' prosecution.

2. The government seeks a copy of the audio recording of the oral argument for purposes of ascertaining the exact nature of the allegations made and to ascertain the factual bases behind them.

3. Defendants-Appellants are currently in the custody of the Bureau of Prisons.

4. Attempts to reach opposing counsel for his position on this motion were unsuccessful.

WHEREFORE, the undersigned respectfully moves this Court release a copy of the audio recording of the oral argument to the government.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

/s/ **James A. Brown**
JAMES A. BROWN, KS. S.Ct. # 14254
Assistant United States Attorney
444 SE Quincy, Room 290
Topeka, KS 66683
(785) 295-2850
(785) 295-2853 [FAX]
James.Brown2@usdoj.gov

## **CERTIFICATIONS**

**Service.** I certify that this document was electronically filed on February 16, 2015, with the Clerk of the Court by using the ECF system, which will send a copy of the Notice of Docket Activity to all ECF system participants as of the time of the filing, including the defendant's counsel, Mr. William K. Rork.

**Privacy Redactions.** I further certify that all required privacy redactions, if any, have been made.

**Paper Copies.** I further certify that any paper copies required to be submitted to the Court are exact copies of the version submitted electronically.

**Virus Scan.** I further certify that the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program, Trend Micro OfficeScan 10.6, which is updated continuously, and, according to the program, is free of viruses.

s/ *James A. Brown*
Assistant United States Attorney