**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 17, 2015**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CLYDE APPERSON, et al.,

    Defendants - Appellants.

Nos. 14-3069 & 14-3070

_____

**ORDER**

_____

Before **HARTZ**, **HOLMES**, and **PHILLIPS**, Circuit Judges.

_____

This matter is before the court on the government's motion to release the audio recording of oral argument.  Upon consideration, the motion is granted.  The Clerk is directed to forward, via email, the MP3 recording of the oral argument hearing.  That recording shall be forwarded to both parties to the appeal.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk