**UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT**

| | |
|---|---|
| UNITED STATES,          ) | |
|     APPELLEE,     ) | |
|                 ) | |
| v.           ) | Case No(s): 14-3069 and 14-3070 |
|                 ) | |
|                 ) | Dist/AG |
| WILLIAM LEONARD PICKARD, ) | docket:     00-CR-40104-01 |
|     APPELLANT,   ) |                 00-CR-40104-02 |
|                 ) | |
| v.           ) | |
|                 ) | |
| CLYDE APPERSON       ) | |
|     APPELLANT    ) | |

**APPELLANTS' RESPONSE TO GOVERNMENT'S MOTION TO SUPPLEMENT THE RECORD WITH THE DISTRICT COURT FILE**

    **COMES NOW**, Appellants, William Leonard Pickard, and Clyde Apperson, by and through their counsel, William K. Rork - **"RORK LAW OFFICE,"** and in support of this **"APPELLANT'S RESPONSE TO GOVERNMENT'S MOTION TO SUPPLEMENT THE RECORD...,"** counsel would advise the Court as follows:

1. On February 13, 2015 the Government filed a motion to supplement the record with the district court's Confidential Informant File at issue.  The Government then objected to a copy of the file being provided to counsel for Appellants.

2. Appellants agree the record on appeal should be supplemented with the district court's Confidential Informant File, but - for reasons stated *infra* - it is requested the file be transferred with the following conditions:

1

    A.    A copy of the district court file be provided to Counsel for Appellants - subject to non-dissemination, unless requested and approved by this Court; and

    B.    As the "Risk Assessment" portion of the file was unsealed by the district court on April 7, 2014, but not yet made available to Counsel for Appellants, it is requested the unsealed "Risk Assessment" be transferred as well, but placed on the docket so the unsealed content may be viewed and referenced with specificity by the parties and this Court during these and other proceedings.

3. In support of these requests, it is notable - although this Court previously has examined the file and concluded "much" of the file can be released under the common law right of Appellants and the public (*United States v. Pickard*, 733 F.3d 1297 (10th Cir, 2014)) - the Government continues to object to even a word or phrase of the file being provided to Counsel for Appellants. However, other than reiterating a hypothetical "chilling" effect - which is inapplicable in light of the proposed non-dissemination order here - the Government fails to explain its objection.

4. Importantly, as the Government is aware, Appellants seek to submit a Rule 60(b)-(d) motion during these proceedings, including exhibits of evidence involving the "Risk Assessment" and other records in the file.

5. A non-dissemination copy of the file, provided to Counsel for Appellants, will permit Counsel to assist this Court by

addressing with specificity the evidence by pointing to or referencing specific records in this Court's copy of the file.

6. As additional bases for unsealing the remainder of the file, in the context of the *Opening Brief,* rather than the imminent Rule 60(b)-(d) motion, a non-dissemination copy of the file also is requested by Counsel for Appellants so records may be described in detail by Counsel for Appellants. The records then may easily be located in this Court's copy of the file in support of additional Appellants' motions.

**WHEREFORE**, Appellants do not object to transfer of the district court copy of the Confidential Informant File, but request the aforementioned conditions be applied.

Respectfully submitted,

s/William K. Rork
WILLIAM K. RORK, #10109
**RORK LAW OFFICE**
1321 S Topeka Blvd
Topeka KS 66612-1816
785.235.1650
785.235.2421(fax)
rork@rorklaw.com
Attorney for Appellants

### CERTIFICATE OF SERVICE

I, the undersigned do hereby certify on the 2nd day of July, 2014, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

s/William K. Rork
William K. Rork, #10109
**RORK LAW OFFICE**

3

**CERTIFICATION OF DIGITAL SUBMISSIONS**

A copy of the foregoing was provided to the above-named recipients in digital format via ECF submission.

Further, all required privacy redactions have been made and, with the exception of the redactions, every document submitted in digital form is an exact copy of the written document filed with the Clerk.  The digital submissions have been scanned for viruses with Symantec Antivirus Program 9.0.0.338, updated continuously and, according to the program, are free of viruses.

s/William K. Rork<br>WILLIAM K. RORK #10109