**FILED**
United States Court of Appeals
Tenth Circuit

February 25, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 14-3069 |
| CLYDE APPERSON, | (D.C. No. 5:00-CR-40104-JTM-2) |
| Defendant - Appellant. | |
| _____ | |
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 14-3070 |
| WILLIAM LEONARD PICKARD, | (D.C. No. 5:00-CR-40104-JTM-1) |
| Defendant - Appellant. | |

_____

**ORDER**
_____

Before **HARTZ**, **HOLMES**, and **PHILLIPS**, Circuit Judges.
_____

The United States has filed a motion to supplement the record on appeal with the confidential informant file, whose contents are the subject of these appeals. In response, Appellants agree, subject to two conditions, that the record on appeal should be supplemented with the confidential informant file. In supplementing the record with the file, Appellants request that (1) a copy of the file be provided to Appellants' counsel,

subject to non-dissemination; and (2) the Risk Assessment portion of the file be filed publicly (i.e. not under seal).

Upon consideration, the government's motion to supplement the record on appeal is granted and Appellants' requests—for access to the confidential informant file and for public release of the Risk Assessment—are subject to later consideration by this panel.

The Chambers of the Honorable J. Thomas Marten is directed to transmit a copy of the confidential informant file to this court forthwith. The entire file shall remain under seal and with access restricted to this court pending further order of the court.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

*Jane K. Castro*

by: Jane K. Castro
    Counsel to the Clerk